JUDGE BATTS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
FR8 SINGAPORE PTE. LTD.,                       :

                Plaintiff,        :

      - against -                             :    07 CV _____ 7437
                                                                                   ECF CASE

PENINSULA PETROLEUM LIMITED,             :

                Defendant.     :
------------------------------------------------------------X

## DISCLOSURE OF INTERESTED PARTIES
## PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:

                      NONE.

Dated: August 22, 2007
       New York, NY

                                      The Plaintiff,
                                       FR8 SINGAPORE PTE. LTD.,

                                       By: _____
                                       Lauren C. Davies (LD 1980)
                                       Thomas L. Tisdale (TT 5263)
                                       TISDALE LAW OFFICES, LLC
                                       11 West 42nd Street, Suite 900
                                       New York, NY 10036
                                       (212) 354-0025 – phone
                                       (212) 869-0067 – fax
                                       ldavies@tisdale-law.com
                                       ttisdale@tisdale-law.com