UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
FR8 SINGAPORE PTE. LTD.,

          Plaintiff,

  - against -

PENINSULA PETROLEUM LIMITED,

          Defendant.
------------------------------------------------------------X

07 CV 7437 (DAB)

ECF CASE

### ORDER OF VOLUNTARY DISMISSAL

Please take notice, there having been no appearance from any Defendants that the above-captioned matter be and hereby is voluntarily dismissed without prejudice and without costs to any party pursuant to Federal Rule of Civil Procedure 41(a). The attachment is hereby vacated and the garnishees are directed to release any funds that they may have secured.

Dated: New York, NY
March 28, 2008

By: _____
Lauren C. Davies (LD1980)
TISDALE LAW OFFICES, LLC
11 West 42nd Street, Suite 900
New York, NY 10036
(212) 354-0025
(212) 869-0067 – fax
ldavies@tisdale-law.com

*The Clerk of Court is directed to close the docket in this case.*

_____
Deborah A. Batts
U.S.D.J.    4/9/08